```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 14251
   JACQUELINE R COFFEY
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-7969
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 08/08/07 and confirmed on 10/24/07.

   2. The case was converted to Chapter 7 after confirmation, 02/01/2008.

   3. The Debtor paid a total of $   4553.84 .

   4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | .00 | .00 | .00 |
| ACC CONSUMER FINANCE | SECURED VEHIC | 17388.01 | 531.83 | 1169.13 |
| SHOREWOOD TOWNHOME ASSOC | SECURED | 530.00 | .00 | 60.00 |
| MONTEREY FINANCIAL SVCS | SECURED | 2000.00 | 58.42 | 141.58 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| BROTHER LOAN & FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SIR FINANCE | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:
---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 19918.01 | .00 | .00 | .00 | 19918.01 |
| PRINCIPAL PAID | 1370.71 | .00 | .00 | .00 | 1370.71 |
| INTEREST PAID | 590.25 | .00 | .00 | .00 | 590.25 |
| TOTAL PAID | 1960.96 | .00 | .00 | .00 | 1960.96 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC     , was allowed $   3500.00
and was paid $    461.50  direct and $   2381.50  through the plan.

The Trustee received $    211.38 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 05/20/08                    /S/
                         GLENN STEARNS
                         CHAPTER 13 TRUSTEE